B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ruben, Philip E** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9923** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2395 White Oak Drive**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ruben, Philip E** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ruben, Philip E**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Philip E Ruben**
Signature of Debtor  **Philip E Ruben**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April  6, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Ilene F. Goldstein**
Signature of Attorney for Debtor(s)

**Ilene F. Goldstein**
Printed Name of Attorney for Debtor(s)

**Law Offices of Ilene F. Goldstein, Chartered**
Firm Name

**850 Central Avenue**
**Suite 200**
**Highland Park, IL 60035**

Address

**Email: ifgolds@aol.com**
**847-926-9595  Fax: 847-433-2023**
Telephone Number

**April  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Philip E Ruben** _____   Case No. _____

Debtor(s)   Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                 Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Philip E Ruben**

                                   **Philip E Ruben**

Date:   **April  6, 2010**

B6D (Official Form 6D) (12/07)

In re  **Philip E Ruben** _____,   Case No. _____
_____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **Citimortgage, Inc.** **5280 Corporate Dr.** **MC 0251** **Frederick, MD 21703** | X | - | **2395 White Oak Drive** | | | | | |
| | | | Value $                    **0.00** | | | | **922,957.72** | **922,957.72** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | | Subtotal (Total of this page) | | **922,957.72** | **922,957.72** |
| | | | | | Total (Report on Summary of Schedules) | | **922,957.72** | **922,957.72** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Philip E Ruben**                                              ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5800**<br><br>**Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** | X | - | | | **Business Debt/Guarantee** | | | | **2,000,000.00** |
| Account No. **xxxxxxxxx5700**<br><br>**Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** | X | - | | | **Business Debt/Guarantee** | | | | **2,235,000.00** |
| Account No.<br><br>**Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** | X | - | | | **Business Debt/Guarantee** | | | | **7,959,209.99** |
| Account No.<br><br>**First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** | X | - | | | **Business Debt/Guarantee** | | | | **1,046,000.00** |

|  |  |
|---|---|
| __2__ continuation sheets attached | Subtotal<br>(Total of this page)  **13,240,209.99** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:39422-100329    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip E Ruben**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** | X | - | | | | | | | 5,986,694.46 |
| Account No. | | | | | Lawsuit  business | | | | |
| **Lauralee K. Bell**<br>**c/o McDermott Will & Emery, LLP**<br>**227 W. Monroe St.**<br>**Chicago, IL 60606** | | - | | | | X | X | X | Unknown |
| Account No. | | | | | Notice Only | | | | |
| **Lydia Kamerlink**<br>**Kamerlink, Stark, McCormick & Power**<br>**221 N. LaSalle, Suite 1800**<br>**Chicago, IL 60601** | | - | | | | X | | | 0.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **Mark  Glazer**<br>**1110 Sheridan Road**<br>**Highland Park, IL 60035** | X | - | | | | | | | 1,500,000.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** | X | - | | | | | | | 7,508,895.89 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,995,590.35

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip E Ruben**                                                   ,        Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| **Virginia Mago 55 Brittany Ct. Cary, IL 60013** | X | - | | | | | 200,000.00 |
| Account No. **xxxxxx1181** | | | Business Debt/Guarantee | | | | |
| **Wells Fargo Bank c/o Private Banking-Chicago 123 N. Wacker, 11th Fl. Chicago, IL 60606** | | - | | | | | 416,760.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __2___ of __2___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 616,760.00 |
| | Total (Report on Summary of Schedules) | 28,852,560.34 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Philip E Ruben**
                                                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arden Lane L.L.C.**<br>**64 W. Seegers**<br>**Arlington Heights, IL 60006** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |
| **Chalet Hills Etc. LLC**<br>**64 W. Seegers**<br>**Arlington Heights, IL 60005** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Chalet Hills Etc. LLC**<br>**64 W. Seegers**<br>**Arlington Heights, IL 60005** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Flint Creek Pro Med LLC**<br>**c/o G23 Development LLC**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Virginia Mago**<br>**55 Brittany Ct.**<br>**Cary, IL 60013** |
| **Golf Fore Life, L.L.C.**<br>**64 W Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **Golf Fore Life, L.L.C.**<br>**64 W Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |

**2**
‾‾‾‾ continuation sheets attached to Schedule of Codebtors

In re    **Philip E Ruben**                                              ,      Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **Mark  Glazer**<br>**1110 Sheridan Road**<br>**Highland Park, IL 60035** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |
| **James Beers**<br>**507 Pond Gate Dr.**<br>**Barrington, IL 60010** | **Virginia Mago**<br>**55 Brittany Ct.**<br>**Cary, IL 60013** |
| **Kristen Ruben**<br>**2395 White Oak Dr.**<br>**Northbrook, IL 60062** | **Citimortgage, Inc.**<br>**5280 Corporate Dr.**<br>**MC 0251**<br>**Frederick, MD 21703** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Amcore BankNA**<br>**Crystal Lake Office**<br>**501 Seventh St P.O. Box 1537**<br>**Rockford, IL 61110** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Mark  Glazer**<br>**1110 Sheridan Road**<br>**Highland Park, IL 60035** |
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |

Sheet   __**1**__  of  __**2**__  continuation sheets attached to the Schedule of Codebtors

In re    **Philip E Ruben**                                                    ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael G Mago**<br>**64 W. Seegers Rd.**<br>**Arlington Heights, IL 60005** | **Virginia Mago**<br>**55 Brittany Ct.**<br>**Cary, IL 60013** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **First Eagle Bank**<br>**1040 E. Lake St.**<br>**Hanover Park, IL 60133** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **Mark  Glazer**<br>**1110 Sheridan Road**<br>**Highland Park, IL 60035** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |
| **Norman Hayes**<br>**419 Deerpath Dr.**<br>**Mundelein, IL 60060** | **Virginia Mago**<br>**55 Brittany Ct.**<br>**Cary, IL 60013** |
| **Salem Capital Partners Inc.** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |
| **William P. Dugan**<br>**1582 W. Everett Rd.**<br>**Lake Forest, IL 60045** | **Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** |
| **William P. Dugan**<br>**1582 W. Everett Rd.**<br>**Lake Forest, IL 60045** | **Mark  Glazer**<br>**1110 Sheridan Road**<br>**Highland Park, IL 60035** |
| **William P. Dugan**<br>**1582 W. Everett Rd.**<br>**Lake Forest, IL 60045** | **The Leaders Bank**<br>**2001 York Rd.**<br>**Suite 150**<br>**Oak Brook, IL 60523** |
| **William P. Dugan**<br>**1582 W. Everett Rd.**<br>**Lake Forest, IL 60045** | **Virginia Mago**<br>**55 Brittany Ct.**<br>**Cary, IL 60013** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Codebtors

.

Amcore BankNA
Crystal Lake Office
501 Seventh St P.O. Box 1537
Rockford, IL 61110


Amcore BankNA
Crystal Lake Office
501 Seventh St P.O. Box 1537
Rockford, IL 61110


Andrew Szot
Patzik, Frank & Samotny Ltd.
150 S. Wacker Dr., Suite 1500
Chicago, IL 60606


Arden Lane L.L.C.
64 W. Seegers
Arlington Heights, IL 60006


Barrington Bank
201 South Hough St
Barrington, IL 60010


Chalet Hills Etc. LLC
64 W. Seegers
Arlington Heights, IL 60005


Chalet Hills Etc. LLC
64 W. Seegers
Arlington Heights, IL 60005


Citimortgage, Inc.
5280 Corporate Dr.
MC 0251
Frederick, MD 21703


Edward D. Shapiro
Much Shelist et al.
191 N. Wacker, Suite 1800
Chicago, IL 60606


Field & Goldberg LLC
Justin Newman
10 S. LaSalle St., Suite 2910
Chicago, IL 60603

Field & Goldberg LLC
Justin Newman
10 S. LaSalle, Suite 2910
Chicago, IL 60603


First Eagle Bank
1040 E. Lake St.
Hanover Park, IL 60133


First Eagle Bank
1040 E. Lake St.
Hanover Park, IL 60133


Flint Creek Pro Med LLC
c/o G23 Development LLC
64 W. Seegers Rd.
Arlington Heights, IL 60005


Gary Elden and John McCambridge
Grippo & Elden
111 S. Wacker Dr.
Chicago, IL 60606


George B. Collins
Collins Bargione & Vuckovich
One N. LaSalle St., Suite 300
Chicago, IL 60602


Golf Fore Life, L.L.C.
64 W Seegers Rd.
Arlington Heights, IL 60005


Golf Fore Life, L.L.C.
64 W Seegers Rd.
Arlington Heights, IL 60005


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010

James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James Beers
507 Pond Gate Dr.
Barrington, IL 60010


James L. Wright
Zanck, Coen & Wright, P.C.
40 Brink St.
Crystal Lake, IL 60014


Jeffrey J. Bushofsky
Ropes & Gray LLP
111 S. Wacker Dr., 46th Fl.
Chicago, IL 60606


Joshua Buchman and Joel Chefitz
McDermott Will & Emery LLP
227 Monroe St.
Chicago, IL 60606


Kristen Ruben
2395 White Oak Dr.
Northbrook, IL 60062

Lauralee K. Bell
c/o McDermott Will & Emery, LLP
227 W. Monroe St.
Chicago, IL 60606


Levenfeld & Pearlstein, LLC
Gary Blackman
2 N. LaSalle St.
Chicago, IL 60602


Lydia Kamerlink
Kamerlink, Stark, McCormick & Power
221 N. LaSalle, Suite 1800
Chicago, IL 60601


Marc C. Smith
Smith Nicolau, P.C.
162 N. Franklin, Suite 201
Chicago, IL 60602


Mark  Glazer
1110 Sheridan Road
Highland Park, IL 60035


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005

Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Michael G Mago
64 W. Seegers Rd.
Arlington Heights, IL 60005


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Norman Hayes
419 Deerpath Dr.
Mundelein, IL 60060


Salem Capital Partners Inc.


Scott J. Brown
Cassiday Schade LLP
20 N. Wacker Dr., Suite 1040
Chicago, IL 60602

The Leaders Bank
2001 York Rd.
Suite 150
Oak Brook, IL 60523


Virginia Mago
55 Brittany Ct.
Cary, IL 60013


Wells Fargo Bank
c/o Private Banking-Chicago
123 N. Wacker, 11th Fl.
Chicago, IL 60606


William P. Dugan
1582 W. Everett Rd.
Lake Forest, IL 60045


William P. Dugan
1582 W. Everett Rd.
Lake Forest, IL 60045


William P. Dugan
1582 W. Everett Rd.
Lake Forest, IL 60045


William P. Dugan
1582 W. Everett Rd.
Lake Forest, IL 60045